No. 901. BALTIMORE STEAMSHIP COMPANY ET AL. *v.* VERNON PHILLIPS, AN INFANT, BY VERNON PHILLIPS, HIS GUARDIAN AD LITEM. March 3, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Mitchell* and *Mr. Chauncey G. Parker* for petitioners. *Mr. Vernon S. Jones* for respondent.

No. 921. FEDERAL TRADE COMMISSION *v.* AMERICAN TOBACCO COMPANY. March 8, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Mitchell* and *Messrs. Bayard T. Hainer* and *Adrien F. Busick* for petitioner. *Messrs. Junius Parker* and *Jonathan H. Holmes* for respondent.

No. 923. ANDREW W. MELLON, AS DIRECTOR GENERAL OF RAILROADS, *v.* LEAH M. GRAY, ADMINISTRATRIX OF THE ESTATE OF GLEN E. GRAY. March 8, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Mr. Merrill Shurtleff* for petitioner. *Mr. Hollis R. Bailey* for respondent.

No. 909. E. A. EDENFIELD *v.* UNITED STATES. March 15, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. Frank H. Saffold* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Willebrandt,* and *Mr. John J. Byrne* for the United States.

No. 928. GOULD-MERSEREAU COMPANY *v.* WILLIAMS BROS. AIRCRAFT CORPORATION. March 15, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for